IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| JAYDEN BOETTCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:09-cv-00688 |
| v. | ) | |
| | ) | Judge Crocker |
| GLOBAL CREDIT & COLLECTIONS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, this case is dismissed *without* prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

_____
~~Hon. Stephen Crocker~~
United States District Judge

Dated: January 5, 2010